JUDGMENT

================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 03-35368
CT/AG#: CV-03-05062-FDB

WASHINGTON PROTECTION AND ADVOCACY SYSTEM, a Washington
non-profit corporation

      Plaintiff - Appellant

FILED
AUG 22 2003
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                      DEPUTY

v.

EVERGREEN SCHOOL DISTRICT; RICHARD MELCHING, in his official
capacity as the Superintendent of the Evergreen School
District

      Defendants - Appellees

----------------------

APPEAL FROM the United States District Court for the Western District of Washington (Tacoma).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Western District of Washington (Tacoma) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered     July 24, 2003     **COSTS TAXED**



03-CV-05062-APP

A TRUE COPY
ATTEST

CATHY CATTERSON
Clerk of Court

by: Ruben Talavera
    Deputy Clerk

This certification does constitute the mandate of the court.

C03-5062 FDB

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## BILL OF COSTS

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Wash. Protection, et al. v. Evergreen Sch. Dist., et al. CA No. 03-35368

The Clerk is requested to tax the following costs against: Washington Protection, et al.

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed. | | | ALLOWED To be completed by the Clerk. | | | |
|---|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for Page | Total Cost |
| Excerpt of Record | 7 | 62 | .08 | 34.72 | | | | 34.72 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 19 | 167 | .08 | 253.84 | | | | 253.84 |
| Appellant's Reply Brief – Binding | | 19 | 3.36 | 63.84 | 3 | NOT ALLOWED | | |
| | | 7 | 1.73 | 12.11 | C.R. 39-1.2 | | | |
| Other – labels | | 1 | .35 | .35 | | | | |
| | | Total | | 364.86 | | | TOTAL: $ 288.56 | 288.56 |

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.
** Costs per page may not exceed 20¢ or actual cost, whichever is less. Circuit Rule 39-1.

Attorneys' fees cannot be requested on this form.

I, C. Gardiner, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: /s/ CG
Date: 7/30/03
Name of Counsel (printed or typed) Christine Gardiner    Attorney for: Evergreen

Date: 8-18-03

Costs are taxed in the amount of $ 288.56

By: Ruben Talavera, Deputy Clerk
Clerk of Court

FILED
AUG - 7 2003
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

A TRUE COPY
ATTEST
CATHY CATTERSON
Clerk of Court
by: Ruben Talavera
Deputy Clerk
This certification does constitute the mandate of the court.

For Official Use Only

COPY

# XEROX SERVICES
## KARR TUTTLE CAMPBELL
### OFFICE SERVICES COPY REQUEST

☒ On time
☒ Delivered
Initials: [signature]

DATE/TIME IN: 6/16
NAME: Christy
EXTENSION: 8195

CLIENT NAME: Evergreen Sh.
CLIENT NUMBER: 25238
MATTER NUMBER: 117

DATE/TIME DUE: 6/17 end of day
NUMBER OF COPIES: 8

### COPYING
☒ All
☐ Tagged/clipped pages
  ☐ Discard tags/clips
☐ File folders onto colored paper
☐ Tabs onto colored paper
☐ Color for color (pictures, charts, graphs)
☐ 1 or 2 sided as original
☐ Make 2 sided all
☐ Make 1 sided all

### FINISHING
☐ Staple/clip as original
☐ Staple where clipped
☐ Clip/Rubber band
☐ Do not staple or clip
☐ 3 hole punch original
☐ 2 hole punch original
☐ Uncollated copy sets
☐ Uncollated (original w/copy)
☐ Collated (set like original)

### BINDING
☐ Velo bind (hard spine)
☒ GBC bind (loose comb spine)
  ☐ Blue
  ☒ Black
  ☐ KTC
☐ Acco bind (2-hole top)
☐ 3-ring binder

### NUMBERING
☒ Number originals
☐ Number copies only
☒ Start with number ER 55

### PAPER
☐ 3 hole large
☐ 3 hole standard
☐ 2 hole top
☐ Bond
☐ Tabs -- produce as original
☐ Color _____
☐ Transparencies

### UNDER - OVERSIZE DOCUMENTS
☒ As original
☐ Reduce
☐ Enlarge
  to:
  ☐ 8-1/2 x 11 (letter)
  ☐ 8-1/2 x 14 (legal)
  ☐ 11 x 17
☐ Do not copy

### POST-ITS
☐ Remove and replace
☐ Transfer to copies
☐ Copy
☒ Discard

**Other/Special Instructions:**
Tan coverstock cover + back

---

### Xerox Use Only

☐ Accepted

Start Meter: 8888847
Stop Meter: 9342
Start Meter: _____
Stop Meter: _____
Waste: _____
Final Count: _____
☐ Redo - reason: _____

| Item | Number | Cost | Total |
|---|---|---|---|
| Copies Class A | 145 @ | .01 | 39.60 |
| Color Copies | | | |
| Tabs | | | 15.57 |
| Binding | 9 | 1.73 | |
| Transparency | | | |
| Notebooks | | | |
| labels | 1 | 7.35 | .35 |
| **Grand Total** | | | 55.52 |

**Comments:**

#348707 v1 - xerox form

# XEROX SERVICES
## KARR TUTTLE CAMPBELL
### OFFICE SERVICES COPY REQUEST

☐ On time
☑ Delivered
Initials ___

| | | |
|---|---|---|
| DATE/TIME IN 6/18 8:30 | CLIENT NAME Evergreen Sch | DATE/TIME DUE 6/18 2pm |
| NAME Christy | CLIENT NUMBER 25238 | |
| EXTENSION 8195 | MATTER NUMBER 117 | NUMBER OF COPIES 18/19 |

**[COPYING]**
☑ All
☐ Tagged/clipped pages
　☐ Discard tags/clips
☐ File folders onto colored paper
☐ Tabs onto colored paper
☐ Color for color (pictures, charts, graphs)
☐ 1 or 2 sided as original
☐ Make 2 sided all
☐ Make 1 sided all

**[PAPER]**
☐ 3 hole large
☐ 3 hole standard
☐ 2 hole top
☐ Bond
☐ Tabs -- produce as original
☐ Color _____
☐ Transparencies

**[FINISHING]**
☐ Staple/clip as original
☐ Staple where clipped
☐ Clip/Rubber band
☐ Do not staple or clip
☐ 3 hole punch original
☐ 2 hole punch original
☐ Uncollated copy sets
☐ Uncollated (original w/copy)
☐ Collated (set like original)

**[UNDER - OVERSIZE DOCUMENTS]**
☐ As original
☐ Reduce
☐ Enlarge
to:
　☐ 8-1/2 x 11 (letter)
　☐ 8-1/2 x 14 (legal)
　☐ 11 x 17
☐ Do not copy

**[BINDING]**
☐ Velo bind (hard spine)
☑ GBC bind (loose comb spine)
　☐ Blue
　☑ Black
　☐ KTC
☐ Acco bind (2-hole top)
☐ 3-ring binder

**[NUMBERING]**
☐ Number originals
☐ Number copies only
☐ Start with number _____

**[POST-ITS]**
☐ Remove and replace
☐ Transfer to copies
☐ Copy
☑ Discard

**Other/Special Instructions:**
- Red cover stock cover and back
- for each "Appendix" sheet, please use colored paper (any color)
- please bind original copy as well

### Xerox Use Only

☐ Accepted

Start Meter 8891350
Stop Meter 8894580
Start Meter _____
Stop Meter _____
Waste _____
Final Count _____
☐ Redo - reason: _____

| Item | Number | | Cost | Total |
|---|---|---|---|---|
| Copies Class A | 3235 | @ | .08 | 258.00 |
| Color Copies | | | | |
| Tabs | | | | |
| Binding | 20 | | 3.36 | 67.20 |
| Transparency | | | | |
| Notebooks | | | | |
| | | | | 325.20 |
| Grand Total | | | | |

**Comments:**

#348707 v1 - xerox form

## CERTIFICATE OF SERVICE

The undersigned makes the following statement under penalty of perjury under the laws of the State of Washington:

That she is a citizen of the United States of America; that she is over the age of 18 years, not a party to the above-entitled action and competent to be a witness therein; that on the 30TH day of July, 2003, a copy of Bill of Costs; and Certificate of Service was caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Tara Herival<br>David Girard<br>Washington Protection and<br>  Advocacy Sytem<br>180 West Dayton, Suite 102<br>Edmonds, WA 98020 | [X]  Regular U.S. Mail, Postage Prepaid<br>[ ]  Hand Delivery / Legal Messenger<br>[ ]  Via Federal Express<br>[ ]  Via Facsimile |
| Office of the Clerk<br>United States Court of<br>  Appeals for the Ninth District<br>PO Box 193939<br>San Francisco, CA 94119-3939 | [X]  Regular U.S. Mail, Postage Prepaid<br>[ ]  Hand Delivery / Legal Messenger<br>[ ]  Via Federal Express<br>[ ]  Via Facsimile |

DATED this 30th day of July, 2003, at Seattle, Washington.

_Marilyn J. Hargan_
Marilyn J. Hargan

- 1 -

#475601 v1 / 25238-117