The Honorable Franklin D. Burgess

```
_____ FILED _____ LODGED
       _____ RECEIVED

       SEP 25 2003

    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

SEP 19 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASHINGTON PROTECTION AND ADVOCACY SYSTEM, INC., a Washington non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> EVERGREEN SCHOOL DISTRICT and RICHARD MELCHING, in his official capacity as the Superintendent of the Evergreen School District, <br><br> Defendants. | CIVIL CAUSE NO. CV03-5062-FDB <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE |

This matter came on for hearing pursuant to the parties' stipulation that plaintiff may voluntarily dismiss the above-captioned action without prejudice. Based upon the parties' stipulation and review of the records and files herein:

IT IS HEREBY ORDERED that,

the above-entitled action is hereby dismissed without prejudice.

DATED this 25 day of September, 2003.

The Honorable Franklin D. Burgess
UNITED STATES DISTRICT JUDGE

03-CV-05062-ORD

Washington Protection & Advocacy System
180 West Dayton, Ste. 102
Edmonds, Washington 98020
(425)776-1199 · Fax: (425) 776-0601

1  Presented by:

2  Washington Protection & Advocacy
   System, Inc.

3

4  */s/ Deborah A. Dorfman*

5  Deborah A. Dorfman, WSBA #23823
   David Girard, WSBA # 17658
6  Attorneys for Plaintiff

7

8  Notice of Presentation Waived
   Approved as to Form:
9
   Karr Tuttle Campbell
10  *D.M. Dorfman for Tracy Miller*
11  *per telephonic approval*

12  Lawrence B. Ransom, WSBA #7733
   Christine E. Gardiner, WSBA #33100
13  Tracy M. Miller, WSBA #24281
   Attorneys for Defendants

14

[PROPOSED] ORDER OF DISMISSAL - 2
CIVIL CAUSE NO. CV03-5062-FDB

Washington Protection & Advocacy
System
180 WEST DAYTON, STE. 102
Edmonds, Washington 98020
(425)776-1199 · Fax: (425) 776-0601